LOUIS SMYTH et al., as Administrators with the Will Annexed of HUGH SMITH, Deceased, Appellants, *v.* THE CITY OF NEW YORK et al., Respondents.

(Submitted October 30, 1911; decided November 3, 1911.)

MOTION to amend remittitur by respondent City of New York. (See 203 N. Y. 106.)

Motion denied, without costs. Where an award of costs on appeal is made to several respondents, each respondent is entitled to tax his disbursements as part of the bill of costs, and on its payment each party is entitled to the amount of his disbursements as taxed and the allowance should be divided equally between all the parties.